# EXHIBIT 2

Exhibit 5



# EMPLOYEE HANDBOOK

| **GBM -Airport** | **GBM -Adams** | **GB Fabrication – Shiloh** | **GB Fabrication – Shelby** |
|---|---|---|---|
| PO Box 8<br>1120 E Main St<br>Delta, OH 43515<br>Phone: 419.822.5323<br>After Hours:<br>419.822.9446 | 100 Adams St<br>Delta, OH 43515<br>Phone: 419.822.5323<br>After Hours:<br>419.822.9446 | 60 Scott St<br>Shiloh, OH 44878<br>Phone: 419.896.3191<br>Fax: 419.896.2127 | 2510 Taylorstown Rd<br>Shelby, OH 44875<br>Phone: 419.347.1835<br>Fax: 419.347.1851 |

**EXHIBIT**

**2**

DEF_000019

# Employee Handbook

**Any reference to GB in this handbook applies to all GB facilities and employees, including wholly owned subsidiaries of R&P Industries**

**Revision Date:  03/20/19**

DEF_000020

WELCOME! ........................................................................................................... 3
OPERATING PHILOSOPHIES ............................................................................. 5
Purpose of an Employee Handbook ..................................................................... 5
How We Feel About Unions ................................................................................ 5
Mission Statement .............................................................................................. 6
Quality Policy .................................................................................................... 6
Environmental Policy .......................................................................................... 6
Safety Policy ...................................................................................................... 7
Equal Employment Opportunity Policy ................................................................ 7
Diversity Policy .................................................................................................. 7
Hiring and Retention Policy ................................................................................ 8
Ethical Practices Policy ...................................................................................... 8
Employee Complaint Resolution ......................................................................... 8
Solicitation and Distribution ............................................................................... 9
Right to Search ................................................................................................... 9
Privacy Policy .................................................................................................... 9
Threats and Violence/Weapons-Free Policy ......................................................... 9
Harassment Policy ............................................................................................ 10
Harassment Complaint Procedure ...................................................................... 11
Dress Code ....................................................................................................... 11
Company/ Personal Vehicles ............................................................................. 12
Losses By Theft or Malicious Conduct ............................................................... 12
Smoke Free Environment .................................................................................. 12
Telephone / Cell Phone Policy ........................................................................... 12
Employee Communications ............................................................................... 13
Visitors ............................................................................................................ 13
Loitering on the Premises .................................................................................. 13
Employment of Relatives .................................................................................. 14
Confidentiality/Conflict of Interest .................................................................... 14
General Computer Usage Policy ......................................................................... 15
Travel/Expense Accounts .................................................................................. 16
Reference Checks/Release of Information ............................................................ 16
COMPENSATION & BENEFITS ....................................................................... 16
Employment Status ........................................................................................... 16
Compensation Type ........................................................................................... 16
Base Compensation Program ............................................................................. 17
Incentive Programs ........................................................................................... 17
Performance Reviews ........................................................................................ 17
Pay Deductions/Support Orders/Garnishments .................................................... 18
Promotions/Transfers ........................................................................................ 18
Personnel Files ................................................................................................. 18
Time Reporting ................................................................................................. 18
Pay Periods ....................................................................................................... 19
Work Hours ...................................................................................................... 19
Overtime .......................................................................................................... 19
Shift Premiums ................................................................................................. 19
Meal Periods ..................................................................................................... 19
Breaks .............................................................................................................. 19
Clean up ........................................................................................................... 20
Holidays ........................................................................................................... 20

Revision Date:  March 20, 2019

CONFIDENTIAL                                                              DEF_000021

Group Insurance ................................................................................................ 20
Continuation of Benefits (COBRA) ................................................................. 21
Vacation Pay ..................................................................................................... 22
401(k) Retirement Plan .................................................................................... 23
Automatic Deposit (ACH) ................................................................................ 23
Employee Assistance Program (EAP) .............................................................. 23
TIME OFF WORK ........................................................................................... 23
Attendance Policy ............................................................................................ 23
No Call and No-Show Policy ........................................................................... 24
Severe Weather ................................................................................................. 24
Leaves of Absence ........................................................................................... 25
PERSONAL CONDUCT ................................................................................. 26
Conducts ........................................................................................................... 26
Progressive Discipline Policy .......................................................................... 26
SAFETY ........................................................................................................... 27
Safety Guidelines ............................................................................................. 27
Workers' Compensation ................................................................................... 28
Reporting Injuries ............................................................................................ 29
Lost Time Policy .............................................................................................. 29
Transitional Work Program .............................................................................. 29
Drug & Alcohol Program ................................................................................. 29
RESIGNATIONS & TERMINATIONS ........................................................... 32
Procedures for Written Notice .......................................................................... 32
Layoff/Recall Policy ........................................................................................ 33
Exit Interviews ................................................................................................. 33

CONFIDENTIAL

DEF_000022

# **WELCOME!**

Whether you have just joined our staff or have been a team member for a while, we are confident that you will find our company a dynamic and rewarding place in which to work and we look forward to a productive and successful working relationship.

We consider the employees to be our most valuable resource in order to meet our vision for the future. We believe to successfully meet our vision for the future "everyone" must first understand and actively practice our core values:

1. We can and we will
2. We see it and we share it
3. We improve and we all win

As an employee., the importance of your contribution cannot be overemphasized.  Our company's success is clearly defined through our "Quest to Be Best" (QBB) scorecard. This can be achieved through these efforts in your work activities:

1. Adhering to Core Values
2. Submitting innovative solutions
3. Focusing on customer satisfaction (make quality parts, return calls, ship on time)
4. Working on what will provide biggest impact for our efforts

My responsibility is to communicate "honestly and frequently" on where we stand and to provide our employees the tools, time, and training to succeed.

This manual has been written to serve as the guide for the employer/employee relationship, and to help you get acquainted with us and to answer many of your questions as an employee. In an effort to be responsive to the needs of a growing organization, changes or additions to this handbook will be made when necessary.  We will keep you informed when these changes are made.

We are sincerely glad you are part of our great company and hope you will find your work here to be both challenging and rewarding.  Welcome to the team!

Sincerely,

Nelson Reyes
President & CEO

Revision Date:  March 20, 2019

CONFIDENTIAL                                                                                            DEF_000023

# <u>CORE VALUES SPEECH</u>

To be a part of our growing business everyone must believe, embrace, and demonstrate our core values.
- We can and we will
- We see it and we share it
- We improve and we all win

**We can and we will!**
This value is about having a positive, helpful attitude and being proactive in solving problems.
Excuses waste time and energy, and get in the way of problem solving.
We can achieve great things with teamwork.
We will see Total Customer Satisfaction.
Ultimately, we accept nothing less.

**We see it and we share it.**
We practice proactive transparency (seeing and sharing it) thru visual boards, metrics, newsletters, and company meetings. In return we must expect transparency and proactive communication from everyone.
We embrace a culture of openness, listening, and respectful communication.  We must promote teamwork within and among departments.
Everyone is on the same page.

**We improve and we all win!**
Continuous improvement is part of our culture.  We are innovative problem solvers.
Simplify.  If we all focus on simplifying our organization, we can improve faster than our competitors!
Simplify, standardize, and document every step of the process to make the job easier and reduce workplace frustrations.
The best ideas come from those doing the job every day.
Own It.

***We can and we will!***
***We see it and we share it!***
***We improve and we all win!***

- 4 -      Revision Date:  March 20, 2019

DEF_000024

# OPERATING PHILOSOPHIES

## Purpose of an Employee Handbook

The purpose of this handbook is to provide you with valuable information about your employment. It provides you with a summary of benefits, policies, procedures, training, and other miscellaneous information regarding your employment with us. If any questions arise regarding the interpretation of these policies, the answer will be determined by reference to the actual plan documents and policies rather than the summaries contained in this handbook.

This handbook cannot anticipate every situation or answer every question about employment. It is not an employment contract and is not intended to create contractual obligations of any kind. Our company abides by employment-at-will, which permits the company or the employee to terminate the employment relationship at any time, for any reason, with or without notice. Neither the policies contained in this employee handbook nor any other written or verbal communication, are intended to create a contract of employment or a warranty of benefits.

You are responsible for reading, understanding, and complying with the material contained in it. If you have any questions that are not answered by referring to this handbook, do not hesitate in seeking the answers from your supervisor or the Human Resource Department.

## How We Feel About Unions

Our company is a company rich in heritage and strong in ingenuity. We are a team of people who make up a company that is a major supplier of a wide variety of products made from steel and related materials for the truck, automotive and industrial markets. As one of its basic objectives, our company strives toward maintaining an atmosphere of mutual respect, trust and cooperation among all employees.

Our company is determined to remain a leading supplier to the customers and markets we serve, and we realize that our present success is largely the result of our valued employees. It is your efforts, both individually and collectively, that gives us our competitive edge. All of us in a union free environment believe that our success as a company is founded on the skills, efforts and commitment of our valued employees. It is therefore our policy to keep an open-door policy with our employees, fairly, honestly, to respect and recognize each of them as valuable individuals with a contribution to the team. For this reason, we believe a union-free environment is in their best interests, the best interests of the company and the best interests of our customers.

We are a union-free environment and our team is able to approach directly with management, with the full right to discuss issues, concerns and ideas for themselves. It is not necessary, nor will it ever be necessary, for our employees to belong to a union in order to work for this company and be treated fairly.

- 5 -                Revision Date: March 20, 2019

We are convinced that our employees prefer to deal directly with management rather than through a union. Our employees have made progress for many years because we have been able to work together and work in harmony.  Our philosophy is to do everything possible to continue and improve this excellent working relationship. In view of this, we will vigorously oppose any attempt by any union to break up the relationship that exists between us and GBM and GBF.  We feel that a union is not only unnecessary but that it would be detrimental.  We will continue to exert considerable effort toward maintaining an atmosphere that fosters mutual respect and cooperation and eliminates the abuses that give impetus to unionization.

All members of management will be happy to discuss any questions you may have about our union-free philosophy, which we feel can help us all concentrate on our number one job – **providing top quality products and services to our customers – the only real job security.**

## Mission Statement
To be a global, full-service metal forming supplier of choice with strategies focused on:
- Superior Customer Satisfaction
- Employee Care
- Operational Excellence
- Profitable Growth

## Quality Policy

The GBM & GBF team is committed to **safely** producing **quality** products **on time** with the support of our suppliers. We will accomplish this through **continually improving** our organization & **customer satisfaction**.

### The pride, spirit and strength of GBM & GBF is our people!!!

## Environmental Policy

GBM & GBF are committed to leadership and excellence in protecting people and the environment.  All employees strive to create and maintain workplace conditions in a manner that ensures safety and protection of the environment.  Each employee has the primary responsibility to ensure that our products and operations meet industry and governmental standards.

**As employees of GBM & GBF, we are committed to our <u>Environmental Policy</u>:**
**To protect the environment by striving to continually improve facilities and processes to prevent pollution and minimize waste.**
**To protect the environment by setting environmental objectives and targets.**

- 6 -        Revision Date:  March 20, 2019

CONFIDENTIAL                                                                DEF_000026

**To meet or exceed all legal, regulatory and other requirements.**
**This policy is communicated to all employees and is available to the public.**

## Safety Policy

**MANAGEMENT STATEMENT**
The health, welfare and safety of our employees are of the utmost importance to Company. Our goal is to prevent human suffering. Accidents, even minor ones, cause pain. Prevention of injury and illness is a goal well worth achieving.

The commitment of GBM & GBF is to strive for the highest possible safety standards. All employees endeavour to create and maintain workplace conditions in a manner that ensures their safety and the safety of their co-workers. Safety does not occur by chance – it is the result of careful attention to all company operations and activities by those who are directly and indirectly involved. Employees at all levels must work diligently to execute the Company's policy of assuring and maintaining a safe workplace.

Furthermore, we are committed to providing and ensuring a workplace environment free from threats, harassment and violence.

**EMPLOYEE STATEMENT**
*The health, welfare and safety of our co-workers are as important as our own safety.*

The commitment of GBM & GBF employees is to be attentive to safety and report potential hazards immediately. Safety is everyone's responsibility and we all must work together diligently toward our goal of maintaining a safe workplace.

## Equal Employment Opportunity Policy

It is the policy of GBM & GBF is to provide equal opportunity for all qualified persons and to prohibit discrimination in employment because of race, color, religion, physical or mental disability, age, sex, national origin, pregnancy, marital status or veteran status, or any other characteristic protected by federal, state or local law.

All decisions pertaining to employment promotions, demotions, transfers, layoffs, terminations, access to training and benefits and rates of pay will be executed for all individuals on the basis of merit, qualifications and abilities
You may discuss equal employment opportunity-related questions with the Human Resource Manager or any member of the company staff.

## Diversity Policy

GBM & GBF values and acknowledges each employee's unique skills and contributions. We believe that diverse backgrounds and experiences within our workforce bring additional talent and creativity to the workplace. We provide an environment which promotes treating each other with dignity, respect, and encourages each individual to reach his or her full potential.

It is the policy of GBM & GBF to provide equal opportunity for all qualified persons and to prohibit discrimination in any employment activities.

- 7 -        Revision Date: March 20, 2019

## Hiring and Retention Policy

The company strives to maintain a safe and secure working environment for all its employees, to maintain a qualified workforce, and to comply with applicable laws. As a means to accomplish this, we have implemented a Hiring and Retention Policy for its applicants and employees.

All new employees will be subject to a background check. Some reasons for implementing this policy are that we want to provide a safe and secure working environment for our employees. We subject final candidates for employment to various background checks, drug screening, and skill tests as defined by the position applied for. All new/rehire employee will be in a probationary/introductory period for the first 60 days.

We comply with the Immigration Reform and Control Act of 1986 by employing only United States citizens and non-citizens who are authorized to work in the United States. All employees are asked on their first day of employment to provide original documents verifying the right to work in the United States and to sign a verification form required by federal law (INS Form I-9). If an individual cannot verify his/her right to work within three days of hire, Company must terminate his/her employment.

## Ethical Practices Policy

It is the express policy of GBM & GBF to conduct all of its business practices and activities with the highest ethical standards of conduct and with honest and respectful treatment of all parties with which we do business including customers, employees and suppliers. Specifically, it the responsibility of each and every employee to:

- Avoid unethical or compromising practices in relationships, actions & communications
- Avoid any activity that would create a conflict between personal interests and the interests of the company
- Handle confidential or proprietary information with due care and proper consideration of ethical and legal ramifications and governmental regulations
- Encourage and support socially diverse practices
- Conduct all business activities in accordance with local, national and international law, customs and practices
- Promote positive supplier relationships through courtesy and impartiality
- Conduct all business activities in a professional manner and with respect for other parties
- Whistle-blower protection policy

# GENERAL POLICIES & PROCEDURES

## Employee Complaint Resolution

The company is concerned with any situation affecting the employment relationship and committed to correcting any condition or situation that may cause unfairness or misunderstanding. We have provided an orderly manner for an employee to discuss a problem with Management without prejudice or fear of retaliation. Employees must follow the chain of command to get resolution.

- 8 -    Revision Date: March 20, 2019

DEF_000028

While we expect that most matters can be addressed by the members of our leadership team, please know that all employees have the ability to talk directly with Human Resources at any time.

Your job will not be adversely affected in any way because you choose to use this procedure.

## Solicitation and Distribution

We have a strict solicitation policy which prohibits employees from soliciting other employees for any purpose, including purchases, contributions, signatures on petitions or any other written or printed material during working time. In addition, we do not allow any employees to distribute any written material during working time and in any working areas. The only exception to this is for fund raising activities for community charitable events, as approved by the organization.

Non-employees are always prohibited from solicitation and distribution of literature on these premises. Please do not invite or encourage any non-employee to violate our rule.

## Right to Search

Our right to search policy has been implemented to reduce theft, provide a safe work environment and maintain a safe workplace. These searches may include, but are not limited to, an inspection of your person, electronic communications (emails and internet use), locker, desk, bag, coat, purse, briefcase, tool box or other such containers, as well as vehicles parked on our property. You should have no expectation of privacy with respect to such items. Failure to submit, upon request, to a search of any company property or personal property located in our facility, or on our grounds, may lead to progressive discipline up to and including immediate termination. Any time there is reasonable suspicion we may, at our sole discretion, choose to search any of the above items/locations.

## Privacy Policy

We may share certain personnel/human resource data concerning its employees with non-affiliated third parties, including but not limited to third party administrators, when they are acting on our behalf, or acting jointly with us for the purpose of processing payroll, workers' compensation claims, unemployment benefits or any other such matter related to employment. Additionally, we may share data with other parties as permitted by law such as credit bureaus, government entities, in responding to subpoenas and other legal processes, and those with whom you have requested us to share information.

## Threats and Violence/Weapons-Free Policy

Our company has a no-tolerance policy for violence or threats of violence. We strive to maintain a safe work environment free from intimidation, threats, or violent acts. This includes, but is not limited to, intimidating, threatening or hostile behaviours, physical assault or abuse, vandalism, arson, sabotage, use of weapons, carrying weapons onto company property, or any other act, which, in management's opinion, is inappropriate to the workplace. In addition, bizarre or offensive comments regarding violent events

- 9 -        Revision Date:  March 20, 2019

and/or behaviour are not tolerated.  Under no circumstances are the following items permitted on company property, including parking areas:  weapons, firearms, knives (other than a blade used for work related functions), dangerous materials or chemicals, explosives, (including blasting caps), or any other objects carried or used for injuring or intimidating. (CCW Manual states... Employers, business entities, property owners, public and/or private employers are not permitted to establish or enforce a policy that prohibits a concealed handgun licensee from transporting or storing a firearm or ammunition on their property under certain circumstances. For this restriction on employers and property owners to apply, several conditions must be met: **1.** the firearm is in the vehicle while the licensee is physically present or, **2.** the firearm and ammunition is locked within the trunk, glove box or other enclosed compartment or container within the vehicle and, **3.** the vehicle is in a location where it is permitted to be).

Employees who feel subjected to any of the behaviours listed above should immediately report the incident to any Supervisor, member of company staff, or to the Human Resource Department.  Complaints will receive attention and the situation will be investigated.  Based upon the results of the inquiry, or direct observation, disciplinary action may be taken, up to and including termination.  Law enforcement authorities may be involved.

Employees who observe or have knowledge of any violation of this policy should immediately report it to management.  The company will act when unforeseen events occur and look to employees for support of this policy.  **For unforeseen, emergency events, employees should always contact proper law enforcement authorities, without any need to first inform any level of management, if they believe there is any threat to safety.**

## Harassment Policy
GBM & GBF value a professional environment where each employee is treated with respect and dignity.  The company expressly prohibits any form of harassment based on sex, race, color, religion, pregnancy, national origin, age, disability, sexual orientation, or status as a veteran, or any other characteristic protected by federal, state, or local law.

The company also recognizes that employees with life-threatening illnesses, and those employees living with disabilities may wish to continue their normal pursuits, including work.  If these employees can meet performance criteria and their conditions do not pose a threat to themselves or to others, they will be treated consistently with other employees.  Interference with the ability of employees to perform job duties is not tolerated.  Any employee refusing to work with an employee with a disability or a disease, after receiving information concerning the disability or disease, may be subject to discipline, including termination.  Harassment of employees with disabilities or diseases will not be tolerated.

To create a productive work environment free of bias, and bullying, it is our policy that conduct by any employee which harasses, disrupts or interferes with another employee's work performance, or which creates an intimidating, offensive or hostile

CONFIDENTIAL

DEF_000030

work environment, will not be tolerated.  It is important to remember that even humour, when interpreted by another as offensive, may constitute a form of harassment.

This policy applies to workplace conduct, conduct at company functions or while on company business, and to employees at all levels and positions within the company.

## Harassment Complaint Procedure

Employees are expected to treat co-workers with respect and to refrain from any conduct, which may be construed as harassment.  If you experience or observe any job-related harassment by employees, customers, or other third parties based on sex, race, or any other factor, or if you believe that you have been treated in an unlawful, discriminatory manner, it is your duty to promptly report the incident to our Human Resource Department.  You are not required to complain first to the person who is harassing you.  If for any reason you are not comfortable reporting the incident to the Human Resource Department, then you should bring the situation to the attention of any member of company management.  Your complaint will be kept confidential to the extent possible, as determined by the company.  The company may request a written statement of your complaint to facilitate the investigation of your complaint.

All employees are expected to cooperate in investigations of harassment complaints by providing truthful information in response to any inquiry.  Retaliation may result in disciplinary actions, up to and including termination.  However, if after investigating any complaint of harassment the company should determine that the complaint was untruthful or that an employee has provided false information regarding the complaint, disciplinary action, up to and including termination, may be taken against an individual who knowingly filed an untruthful complaint or gave false information.

The company will investigate any claims of harassment promptly, impartially, thoroughly and, to the extent possible, confidentially.  However, if an employee is not satisfied with the way a complaint or investigation is handled, he or she should bring this to the attention of a member of the company management.  In all cases, the employee making the complaint will be advised when an investigation has been concluded.

## Dress Code

Employees are expected to use good judgment in grooming, personal hygiene and dress.  Attire worn should be in good taste, without profanity, and should not expose the employee to any safety risks.  Appropriate undergarments must be worn always.

For employees working in the plant environment, denim clothing, work pants, tank tops and t-shirts are all acceptable, if undergarments are not visible. Clothes that are excessively torn, tattered or ripped are not acceptable for any employee.  Tops that are cut away to the midsection of the body are not acceptable for any employee.  Some areas may require fire retardant material to be worn.  Steel toed shoes must be worn.

Office personnel are **not** to wear open toed or open heel shoes when on the shop floor.

At management's discretion, employees who are inappropriately dressed will be asked to change and time away from work to change will be unpaid.  Questions regarding

- 11 -        Revision Date:  March 20, 2019

DEF_000031

appropriate attire should be directed to an employee's supervisor or the Human Resource Department prior to wearing the item.

## Company/ Personal Vehicles

Operators of company vehicles are responsible for the safe operation and cleanliness of the vehicle.  Accidents involving a company vehicle must be reported to the VP of Finance and Administration as soon as possible for insurance purposes.  Employees are responsible for any moving/operating violations and fines, which may result when operating a company vehicle.  The use of cell phones or other forms of driving while distracted are prohibited.  The use of seat belts is mandatory for all operators and all passengers of company vehicles.  Smoking is not allowed in any company owned vehicle.  Drivers are required to complete the proper logs and comply with requirements in the Driver Manual. Damages to personal vehicles parked on company premises are the employee's responsibility.

## Losses By Theft or Malicious Conduct

Respect and protection of company property and employee's personal property is everyone's concern.  Whenever an occasion of theft of company or personal property occurs or whenever it is apparent that malicious destruction of property has occurred on company premises or customers' property, the company may investigate and/or may, on a case-by-case basis, contact the appropriate law enforcement agency to investigate the incident.  Offenders will be prosecuted.  If you find property missing or damaged, report it immediately to your Supervisor.  The company is not responsible for personal losses regardless of where they occur.

## Smoke Free Environment

Smoking is not permitted in any area of the building, or in any company vehicles. Smoking is only permitted during designated breaks, outside, far enough away from the building, so the smoke does not intrude into the enclosed space through entrances, exits, windows that are open and ventilation intakes.

## Telephone / Cell Phone Policy

It is essential that we keep phone lines open for business calls.  Although the occasional use of the company's telephones for a personal emergency may be necessary, routine personal calls are discouraged and limited to breaks only.

Cell phones are not permitted on the production floor, unless authorization has been obtained by the Plant Manager.

## Social Media Policy

GB recognizes that employees may use social media websites or similar media including, but not limited to, blogs, chat rooms, online journals, personal websites, Facebook, Instagram, Twitter, LinkedIn, etc. (hereinafter referred to as "personal websites").

Employees are reminded that information posted on personal websites can often be viewed by members of the public, by other employees (including company

CONFIDENTIAL

management), by customers or clients of the company, or by competitors. What's more, employees should remember that almost all input online is archived, so even posts that have been deleted may be uncovered or recovered by someone. Social media content may also be reposted and shared and may reach individuals the user hadn't intended to reach; online content is rarely completely private.

While GB understands that many individuals use the internet as major communication tool, it is often more effective to resolve work-related issues by speaking directly to coworkers than by complaining via a social media outlet.

**Social media use on nonwork time**

Employees should also be aware that their actions outside of work, including those on social media sites can affect the workplace. The same principles and guidelines found in GB's policies apply to employees' activities online.
Employees that violate company policies while on social media may face discipline. Threats of violence, harassment, or discriminatory behavior will not be tolerated by GB, no matter the medium, and no matter when such posts are made (whether during or outside of work hours).

**Social media use on work time**

Employees should refrain from using social media while on work time unless they are specifically authorized to do so by a manager or other authorized company official. Do not use your company email address to register on personal websites.

## Employee Communications
Information of interest and importance to you is regularly posted in our Employee on the bulletin board by the time clocks.  We suggest that you look at these areas regularly to keep up with what is happening.

The **GB Insights** is our monthly newsletter publication for and about all employees of Company    Please direct articles on births, other announcements and special hobbies you would like to share to the Human Resource Department.

Our **Company-Wide Meetings** are designed to share information regarding progress towards company goals and objectives.   Metrics covering financials, sales, safety, quality, efficiencies, and various other topics of interest are covered.

## Visitors
Employees will be notified if there is a visitor who needs to interrupt the workday for some unusual or emergency needs.  These visits are restricted to supervised areas. All visitors should sign in at the front office.

## Loitering on the Premises
Except as necessary for work-related reasons, employees are not permitted to be on company property when not scheduled to work.  Any employee who has a work related reason to be on Company premises during non-scheduled work times must enter the front building entrance and ask for assistance at the front desk.  Any employee who

- 13 -        Revision Date:  March 20, 2019

loiters on company premises without a work-related reason will be subject to discipline, up to and including termination.

## Employment of Relatives
We will hire the most qualified candidate for the job. We reserve the right not to hire a relative for a position that involves working closely, supervising or being a subordinate to a current employee.

## Confidentiality/Conflict of Interest
It is the company's policy to avoid potential conflicts of interest that may possibly interfere with an employee's performance or the company's ability to favourably compete within the industry.

The materials, products, designs, plans, ideas, data and proprietary business information including, manuals and handbooks of the company, whether electronic or printed, are the property of the company and should never be given to an outside firm or individual except through normal channels and with appropriate authorization. Employees are responsible for protecting and preserving the confidentiality of any proprietary or trade secret information which comes into their possession. Any employee who participates in a prohibited practice will be subject to disciplinary action, up to and including termination of employment and legal action.

No messages disclosing such information should be transmitted to any individual or entity, other than another employee, verbally or in writing, by regular mail, electronic mail, facsimile or otherwise, without the express approval of GB management. Transmission of sensitive information relating to the internal affairs or personnel of Company by electronic mail, regular mail, facsimile or any other means to an outside individual or entity is prohibited.

For purposes of implementing this policy, proprietary, trade secret information of Company and its former, current and potential future customers and suppliers includes, but is not limited, to the following:

- Customer and supplier documents or electronic correspondence.
- Financial, sales and marketing data, plans and strategies compiled by Company or any of its former, current or potential future customers or suppliers, , actual or potential, from not being generally known and readily ascertainable by competitors and others who can obtain economic value from the disclosure or use of such information;
- Ideas, concepts, information and written material about a customer or supplier or a customer's or supplier's materials, product or process, not otherwise publicly disseminated.

This confidentiality policy also applies to personnel information relating to any former or current employee or any applicant for employment with Company. Sensitive information regarding employees of the Company should be shared only by and with those, including the employee, who have a legitimate business need to know the information.

CONFIDENTIAL

It is each employee's responsibility to see that the above guidelines are followed.  If an employee is uncertain as to the sensitive, confidential or proprietary nature of any information in his or her possession, the employee is responsible for seeking management approval prior to disclosing or releasing the information to any individual or entity outside the Company.

## General Computer Usage Policy

**General Usage**

The companies operating systems are all convenient business tools that are provided by Company to our employees, for the specific business purpose of enhancing productivity and improving communications between employees and with customers and suppliers.  The General Computer Usage Policy has to safeguard corporate information assets.  That commitment must extend from every individual involved in business operations, use of these tools demonstrates acceptance of this policy.

- All software and hardware acquired for or on behalf of GBM & GBF  or developed by company employees or contracted personnel is deemed company property.
- Unauthorized use, destruction, modification, and/or distribution of Company's information or information systems is strictly prohibited.
- All Company's information systems will be subject to monitoring and auditing at all times.  Users acknowledge that they have no expectation of privacy with regard to their activity on Company's information systems.
- Use of any Company system to access or communicate obscene, offensive, disruptive, pornographic, harassing, threatening, violent, or otherwise offensive material including but not limited to religious, ethnic, racial, sexual or gender specific, age, or disability/handicap, or national origin, or any other characteristic protected by federal, state or local law is strictly prohibited.
- By using Company systems, you assume personal responsibility for appropriate use and agree to comply with all company policies and all laws and regulations.
- Individual passwords will be kept strictly confidential.  In no situation should a username and password be given to another individual.
- Non-business Internet activity will be restricted to breaks or other non-business hours.
- All e-mail on the Company information systems, including personal e-mail, is the property of Company.  As such, all e-mail can and may be periodically monitored.
- All equipment and systems must be used in compliance with applicable licenses, notices, contracts or agreements.  Please discuss any needs for software or hardware, other than what has been loaded as standard, with a member of the Information Technology Team.

- 15 -        Revision Date:  March 20, 2019

DEF_000035

## Travel/Expense Accounts
The company will provide employees a peridium for food and provide transportation and hotel accommodations as needed for business travel.  Business expenses not on a company credit card will be reimbursed:  travel expense; automobile/mileage; lodging; tips; and business meals.  The authorized receipts must be turned in to the Accounting Department for reimbursement within the same month it occurred.

## Reference Checks/Release of Information
It is our policy that all reference checks must be addressed by the Human Resource Department.  The only information the company considers public and will disclose without a signed release from you is start date, last day worked, position held, and re-hire status.  Upon your consent, any legitimate inquiries about your employment details will be answered with accurate, objective facts out of your personnel file.  Even if you have not consented to a referral, we will not misrepresent or fail to provide information about employees who pose a foreseeable risk to others.

# COMPENSATION & BENEFITS

## Employment Status

**Staffing Associate (An associate through a staffing service, not on payroll)**
Depending on timing available to fill an open position, or for a position that may not be long term, open positions may be filled with a staffing associate from a staffing service. Those who join our organization through this method could be considered for full-time employment once their assignment is completed or the contracted time with the staffing service is completed.  While on a staffing service payroll, associates are encouraged to fully participate in scheduled company activities.  If a staffing associate joins as a full-time employee, insurance benefits become available at the first of the next month (after hire date).  Other benefits are based on actual full-time hire date.

There are two categories of Regular employee status:

**Full-time, regular employee**
Any employee who works forty (40) hours or more per week, and has successfully completed his/her introductory period of employment.  Generally, they are eligible for the company's benefit program, subject to the terms, conditions, and limitations of each benefit offered by the company.

**Part-time, regular employee**
Any employee who averages less than forty (40) hours per week and has successfully completed his/her introductory period of employment.

## Compensation Type
**Hourly**
This is called Non-Exempt by the Federal Government.  These are employees who are paid by the hour to complete their work and they are eligible for overtime after 40 hours

CONFIDENTIAL

worked in a work week. Hourly employees are not permitted to work off company premises unless approved by their manager and HR is informed.

**Salary**
This is called Exempt by the Federal Government. These are employees who meet the Federal guidelines for Exempt status and are paid a weekly or semi-monthly salary to complete their work. They are not eligible for overtime after 40 hours worked in a work week.

## Base Compensation Program
The objectives of the compensation program at Company are internal equity, external competitiveness and pay that is based on good performance along with skill and ability. Good performance includes attendance, working safely, participating in continuous improvement programs, making quality parts, efficiency, and actively practicing the core values. The way to earn more is to learn more skills, and to take on additional responsibilities. Our wage policies are the foundation for assuring fair and proper pay for the job, for rewarding good performance, initiative, and for attracting and retaining high quality people.

## Incentive Programs
**Performance Based Bonus Program – Quest to be Best Metrics**
This pay for performance-based bonus program is to provide a financial incentive for all employees to become engaged in meeting corporate performance metrics. We believe that only by having all employees focused on the correct objectives can GBM & GBF truly meet both our customer expectations and our company financial objectives.

Progress towards the current metrics are discussed in the company wide meetings. For more information on the current metrics and details of this program, please see your supervisor, or the Human Resource Department.

**Wooden Nickel Policy**
The purpose of the Wooden Nickel Policy is to motivate employees and reward positive results. Employees have an opportunity to earn Wooden Nickels as outlined in the policy. Wooden Nickels will be redeemable for items available through the Human Resource Department.

Please see a current Wooden Nickel brochure for participation guidelines.

## Performance Reviews
Your good performance is critical, the company's very success depends on it and so does your pay. The better your performance, the greater will be your opportunity for pay advancement.

Each employee will be reviewed annually. In the performance review session, your performance will be reviewed by your supervisor and discussed with you. As part of your performance review, you and your supervisor should discuss your current job description and your interest in future growth. The performance review process is a

- 17 -        Revision Date: March 20, 2019

DEF_000037

good tool for communication, recognition, evaluation, development and career planning as well as a record of your work progress.

## Pay Deductions/Support Orders/Garnishments

The company is permitted by law to make certain deductions from every employee's compensation. Among these are applicable Federal, Social Security, Medicare, State, and Local income taxes.

The company offers programs and benefits beyond those required by law. Eligible employees may voluntarily authorize deductions from their pay checks to cover the costs of participation in these benefit programs.

Court ordered payments like support orders and garnishments are deducted and forwarded to the courts. To reimburse the company for administrative costs, we may elect to withhold an administrative fee as allowed by law.

Any questions concerning why deductions were made from the paycheck or how they were calculated should be directed to the Human Resource Department.

## Promotions/Transfers

Whenever possible we will promote or transfer qualified employees to higher level vacancies based on performance and merit. Some positions may require hiring from outside for special job skills. Merit is defined as management's evaluation of performance which includes knowledge, experience, quality, quantity, initiative, judgment, innovation, orderliness, courtesy, cooperation, loyalty, longevity, reliability, stability and attendance. Please discuss any interests in another position with the Human Resources.

## Personnel Files

A personnel file is established for each new employee when employed at the company. The file contains your application and other important job-related information. All personnel files are kept private and locked. If you would like to view the contents of your file, you may do so in the Human Resource Department. It is essential that you take the responsibility as an employee to keep us informed immediately of any changes in personal information, education, or training, and other pertinent information. This will assist us in case of an emergency or benefit change.

## Time Reporting

All hourly employees must record their hours on a time clock. Failure to clock in and out may impact your pay. You should clock out for your meal break, if you leave the premises. Do not clock in more than 10 minutes before the beginning or after the end of your shift unless you are on authorized overtime. Under no circumstances should you clock in or out for another employee.

Time records are legal documents, subject to audit. Failure to submit time records in an accurate and timely manner or falsifying such records can lead to disciplinary action up to and including immediate discharge.

CONFIDENTIAL

## Pay Periods

Employees who are paid weekly will be paid for the period that has ended on the previous Sunday. When payday falls on a holiday, the payday is normally on the last working day before the holiday. See you supervisor for day of week that you will be paid.

Any checks that have not been distributed on the shift of your pay day will be available in the Human Resource Department.

Written authorization from an employee must be received to permit another employee/or person permission to pick up a paycheck. Authorization must be given to the supervisor or HR department. For the employee's security, we may request photo identification of the person picking up their check.

## Work Hours

Due to diverse and changing requirements, each department's hours may vary because they are dictated by customer and business demand.

## Overtime

While undesirable, there may be times when we need to schedule overtime work so that we may successfully meet the needs of our customers. Overtime will be scheduled at the discretion of the Company. It is essential that the overtime work be completed in the most cost-effective, productive and efficient manner possible. We have therefore created a workstation coverage list and selection process to follow when overtime is necessary.

All overtime for plant and office employees must be **approved in advance by their Supervisor**. Working unauthorized overtime may lead to disciplinary action. Hourly employees will be paid at a rate of time and one-half their regular hourly rate for hours worked over 40 hours in a week. Double time is paid to hourly workers who are required to work on Sunday and have 40 hours in the week before Sunday.

Vacation, jury duty and days taken for bereavement are not computed into the workweek for overtime purposes; however, holidays are computed into the workweek.

## Shift Premiums

A premium rate is paid to employees who work an eligible shift.

## Meal Periods

Meal break should be taken every day. Your Supervisor is responsible for scheduling this time depending on the number of hours worked in a shift. Unpaid meal breaks will automatically be deducted.

## Breaks

Each full-time employee is entitled to a break or two depending on the department work schedule. The Supervisor will schedule plant employee breaks. Office employee breaks

Revision Date: March 20, 2019

CONFIDENTIAL    DEF_000039

should be taken at a natural breaking point between tasks.  Due to the nature of office work, this may not necessarily be the same time each day.  Break time is to be scheduled with your Supervisor. Break times are for ten (10) minutes.  Employees may not leave the premises during breaks.

## Clean up

At the end of each shift, ten (10) minutes are designated for cleaning the work area and washing up.

## Holidays

We believe everyone deserves to enjoy the holidays.  Therefore, we observe the following holidays:

- New Year's Day
- Memorial Day
- Independence Day
- Labor Day
- Thanksgiving Day
- Day After Thanksgiving
- Christmas Eve Day
- Christmas Day

If one of the above holidays falls on Saturday, or Sunday it normally will be observed on the following Monday.  Company observes the right to observe the holiday on any designated day.  Full-time employees are eligible for paid holidays after completing 30 days of employment.

You must work your full scheduled workday before and after a holiday to be paid for the holiday, unless you are absent with prior permission from your Supervisor.

## Group Insurance

Eligible employees may participate in our group insurance plans.  To be eligible, an employee must work full-time, have completed their introductory period and be actively employed on the first of the month following completion of 60 days of employment.

To assist you with the cost of this insurance, our company pays a portion of the group policy premiums.  You are responsible for paying your portion through payroll deduction. This is done on a pre-tax basis.

Current enrolment forms, policy information, and contribution amounts may be obtained from the Human Resource Department.

Separated (or laid off) employees insurance coverage stops on the last day of the month.  To continue coverage, please see section on Continuation of Coverage (COBRA).

Employees recalled from layoff can be reinstated on the insurance plan effective the first day of the following month (after return).  Employees must also be actively

- 20 -        Revision Date:  March 20, 2019

employed at the beginning of the following month to be eligible. For more information on this, please contact the Human Resource Department.

**Employees are responsible to keep us current of any changes affecting insurance status, such as birth, marriage, divorce, death, etc. Any changes must be reported within thirty (30) days of the occurrence.**

**Available group policies include:**
- Medical Insurance
- Dental Insurance
- Vision Insurance
- Life Insurance
- Short Term Disability
- Long Term Disability

**Insurance Benefits while on an Authorized Leave**
We will continue to provide group insurance coverage, for any group plan you are currently on, for employees on authorized medical disability leave or other FMLA leave for the first 12 weeks of the leave. To prevent cancellation, employees are responsible for paying their same portion of the premium, while they are on leave, as during active employment. When the above period expires, you may continue eligible group insurance policies by continuing them through COBRA. See the handbook section on CORBA for more information.

Time taken as a short-term disability benefit also counts as FMLA Leave. Please review that section of the handbook for more employment related information.

You must inform us when you are able to return to work. If you are released to return to work within 12 weeks, you will be returned to your normal or an equivalent position. If you are off longer than the 12 weeks protected by the FMLA, we will do our best to have a position for you to return to, however, that decision will be based on customer demand and staffing requirements at the time you are released to return. If you are off longer than the 26 weeks covered by the Short-Term Disability policy, your employment status will be changed to separated, and the appropriate separation processes will be initiated.

Upon return, you must bring a doctor's certificate stating that you are able to return to work which outlines any restrictions. We will attempt to find work for you within the restrictions required by your physician. We also reserve the right to require a physical examination by a physician of our own choosing prior to your resumption of duties.

## Continuation of Benefits (COBRA)
You and your covered dependents will have the opportunity to continue medical, dental, and vision benefits for a period of up to eighteen (18) months, and under some circumstances up to thirty-six (36) months under the provisions of the Federal Consolidated Omnibus Budget Reconciliation Act (COBRA) when group coverage for you and your covered dependents would otherwise end because:

- your employment terminated, for reason other than gross misconduct;
- your employment status changes due to a reduction in hours;

- 21 -          Revision Date: March 20, 2019

CONFIDENTIAL                    DEF_000041

- your child ceases to be a "dependent child" under the terms of the medical or dental plan;
- you become divorced or legally separated;
- you become entitled to Medicare; or
- you die.

In the event of divorce, legal separation, or a child's loss of dependent status, you or a family member must notify the Human Resource Department within 30 days of the occurrence of the event.

The Human Resource Department will notify the eligible individuals of their right to elect COBRA continuation of coverage.

## Vacation Pay

We encourage all employees to take vacation time.  Paid vacation time indicates that Management feels that loyalty through length of service should be rewarded. Vacation is calculated according to your anniversary date.  The amount of awarded vacation will be pro-rated by any time on extended layoff.

| Length of Service | Number of Weeks |
| --- | --- |
| After six months | 2 days |
| After One (1) year | 3 additional days = 1 week |
| After Two (2) years | 2 weeks |
| After Five (5) years | 3 weeks |
| After Twelve (12) years | 4 weeks |

The order requests are received in determines priority when scheduling vacation times. Employees should submit their request for vacation in writing at least two (2) weeks in advance to their Supervisor.  To assure adequate staffing in all areas, the company reserves the right to restrict vacation time.

Vacation may be taken as a half or a full day.  Requests for less than a half day will not be considered.

Special requests for vacations over one (1) week at a time may be considered. Vacation time used less than a full week at a time will be paid with the hours worked in that pay period.  Vacation time used within two pay periods will be paid with each individual pay period.  Vacation time paid for a full week in one pay period will be paid with the regular check run for that pay period.

Vacation time may be carried over from one year to the next. (Limited a maximum of 1 week/40hrs can by carried over).  Employees will be paid for any awarded but unused vacation upon separation of employment if they give two weeks' notice of leaving. When an employee is terminated, they will not be paid for any unused vacation time.

CONFIDENTIAL

## 401(k) Retirement Plan

Our company provides eligible employees an opportunity to enroll in a 401(k) plan. To participate in the program, you must be a full-time employee who has completed ninety (90) days of employment and also must be 19 years of age.

You may have up to 100 percent of your gross income, up to the current annual maximum, deposited into the plan on a pre-tax basis. After one year of employment, the company will match 25 percent of the first 10 percent of your contribution. The company may elect contributions to the plan depending on profit. Contributions made by the company are vested over a five-year period (20 percent per year). Employee contributions are always 100 percent vested. The plan provides several investment fund alternatives to choose from.

In the event of a temporary layoff (where we know a return to work date) the balance in the 401(k) fund will remain inactive until the employee returns to service. Dispersing the 401(k) account can be done at the separation of employment. The 401(k) should be dispersed within 6 months of separation of employment. Accounts left after separation containing under $5000 will be automatically cashed out.

If the fund has been dispersed due to separation, and there is a return to service within five years of the last day worked, the fund may be re-instated. All money dispersed must be returned to the fund, or the vesting process will start over.

Any questions about the plan, or requests to view the Plan Document, may be directed to the Human Resource Manager or the Vice President of Finance and Administration.

## Automatic Deposit (ACH)

All checks will be deposited electronically. This can be with any bank receiving an electronic transfer. If you do not have a bank please see the Human Resource Department to assist you in setting up a debit card payment option.

## Employee Assistance Program (EAP)

Company has elected to offer an Employee Assistance Program. As an employee of Company, you and your eligible family members can seek assistance through the EAP. They are professionals who have years of experience helping people work through a variety of personal problems, such as stress, depression, financial difficulties, chemical dependency, divorce, and more. Participation in our EAP program is strictly confidential. Information on the EAP can be obtained through the Human Resource Department.

# TIME OFF WORK

## Attendance Policy

Company has adopted a no-fault attendance policy. Court notices or medical documentation is not necessary to determine if a tardy, leave early, or absence is legitimate. If you need to miss work, we trust it is for a legitimate reason, and that you do not put yourself in jeopardy of disciplinary action. To maintain efficient operations,

CONFIDENTIAL

we do not employ more people than necessary to cover absenteeism.  Your regular attendance contributes to the success of the company.

**PERSONAL DAYS**
Employees will get two personal days per year that can be taken in half day increments. These are unpaid days and **will** count against perfect attendance bonus.

**TIME OFF**
If within the previous twelve (12) months from the date of the present infraction an employee now has a total of:

| 7 Occurrences | Verbal Warning |
|---|---|
| 8 Occurrences | Written Warning |
| 9 Occurrences | Final Warning |
| 10 Occurrences | Discharge |

| 0 Occurrences | Late less than 12 minutes must be made up at end of shift |
|---|---|
| .25 Occurrence | 12 minutes to 2 hours late |
| .5 Occurrence | Up half your shift (4-5 hours) |
| 1 Occurrence | Half your shift to full shift |
| 2 Occurrences | No call no show |

- **Only after three days missed, supporting medical documentation is required and will count as one occurrence.  See section on Leaves of Absence for Medical Leave and Family Medical Leave Act (FMLA)**

All employees are expected to call in and leave a message on the Call Off Voicemail before the start of their shift if they are going to be absent.  The only exception for not calling is a true emergency.  If you do not contact the call-in line it will be a no call no show. **Do not contact your supervisor. This will not count as a call off.**
**Reaching a Final Warning for attendance for the third time in eighteen months, or other patterns of attendance occurrences will be considered chronic attendance problems and subject to termination even if the above policy is not violated.**

## No Call and No-Show Policy
Any employee who fails to personally call in to the phone 419-822-5323 x 9  and fails to show up for his/her scheduled work hours for two (2) shifts in a row, will be considered to have abandoned his/her position with us and considered voluntarily quit.

## Severe Weather
Severe weather can occur during the winter months.  Although driving may at times be difficult, when caution is exercised, the roads are normally passable.  Except in cases of a local state or county rules, we are all expected to work our regular hours. Announcements will be available on local TV Stations. (Level 3 in your County, the county you work in, or you must drive through to get to work) will be announced on local TV Stations.

CONFIDENTIAL                                    DEF_000044

## Leaves of Absence

A leave of absence is an extended period when an employee is absent from work.  A written request for such a leave must be presented to the employee's immediate Supervisor at least 2 weeks in advance of the leave (when possible).  We will make reasonable efforts to return you to the same or similar job as held prior to the leave of absence, subject to our staffing and business requirements.  Failure to report on the first day following the expiration of the leave will be considered voluntary termination.

Positions will generally be held for employees on leave up to six (6) weeks, unless otherwise specified for that type of leave.   After this period, the company cannot guarantee a position for the employee.

**Bereavement Leave**

We recognize all families are not structured the same, therefore your HR Department will approve bereavement leave when appropriate.  Full-time employees will receive a paid leave of up to three (3) days to attend the funeral of immediate family only provided the days off are on normal scheduled workdays, up to and including the day after the funeral.  It is your obligation to provide proper documentation of the funeral date or bereavement pay will not be granted.

**Military Leave**

We will abide by federal and state laws in regard to military leaves of absence.  Please provide your Supervisor with your orders as soon as you receive them.

**Family & Medical Leave**

Company complies with the Family Medical Leave Act.  This is an overview of the policy, and not intended to cover every detail of the Act.  This leave provides that employees who have worked a minimum of 1,250 hours in twelve (12) months of continuous service are entitled to up to twelve (12) weeks unpaid leave.  This leave can be used for an employee's serious health condition, care for a spouse, child or parent who has a serious health condition, to care for a new-born child or a child newly placed in the employee's custody.  This leave also provides for twenty-six (26) weeks of unpaid leave for a 'qualifying exigency' to care for a spouse, son, daughter or parent who is on or called to active duty in the armed forces during deployment to a foreign country.

The leave requires proper documentation of at least thirty (30) days advance notice (if possible) and medical documentation in advance of the leave.  Positions with the company will not be held available beyond the twelve (12) week, or twenty-six (26) week leave period.  All available rewarded vacation time must be used first.  The substitution of paid leave for unpaid leave does not extend the twelve week leave.  The FMLA protects your absence for a serious health condition, but it does not protect your failure to follow Company policies.

**Jury Duty Leave**

Full-time employees who are summoned for jury duty will be paid their regular rate of pay, for scheduled hours missed, for up to one (1) week.  Employees must provide the company with documentation from the court to be compensated.

You should provide your Supervisor with your summons as soon as possible.   In fairness to our company, you are expected to return to your job if you are excused from jury duty during your regular working hours.

- 25 -            Revision Date:  March 20, 2019

**Voting Leave**

Our company believes that every employee should have the opportunity to vote in any state or federal election, general primary, or special primary. Employees will be granted a reasonable amount of time off to vote when their work schedule does not permit a reasonable amount of time to visit the polls otherwise. This time will be unpaid.

# PERSONAL CONDUCT

## Conducts

Accountability:
- Be Responsible
- Hold Each Other Responsible (Team)

Integrity:
- Do the Right Thing:
- Think GB First

Respect:
- Listen to others views
- Accept honest feedback

## Progressive Discipline Policy

We believe in progressive discipline which involves providing employees with a path to improve their performance. The facts and nature of the offense will determine the penalty. Depending on the nature and circumstances of the violation, any step or steps of our procedure may be eliminated at the sole discretion of Management. Also depending on the nature of circumstances of the violation, additional action may be included such as re-training or unpaid suspensions.

**Our progressive discipline policy is as follows:**

| | |
|---|---|
| Strike 1 violation of a company policy, procedure, or poor performance | Verbal Warning (documented) |
| Strike 2 violation of a company policy, procedure, or poor performance | Written Warning |
| Strike 3 violation of a company policy, procedure, or poor performance | Termination |

While we believe in giving a chance to improve, some actions are so extreme that they may warrant immediate suspension or termination. These actions include:

- 26 -        Revision Date: March 20, 2019

- Theft either of company property or stealing company time by intentionally "not working" and noting that you worked.
- Gross Insubordination; refusal to complete duties as required by his/her Supervisor.
- Falsification of work hours or any other company document.  Using false or misleading information as a means of obtaining employment.
- Possession, sale, or use of drugs or intoxicating beverages or being under the influence of such substances, during working time or on company property.
- Leaving company property without permission.
- Verbal and/or physical abuse of any person while on company property.
- Unauthorized use of company equipment, resources, or assets.
- Serious violation of internet/email usage policy.
- Violation of a safety regulation.
- Unauthorized possession, use, or sale of weapons, firearms, or explosives on work premises.

The above list is not meant to be all encompassing.  Please refer to the general work rules section.

In addition, warnings in multiple areas may be bundled and elevated to the next warning level.

# SAFETY

## Safety Guidelines

The company strives to provide a safe work environment for all its employees. Accident prevention must be considered a major responsibility of all employees and you are urged to be careful while performing your work. Safety is a two-way proposition and no safety program can succeed without total cooperation.

Safety can only be achieved through teamwork.  Everyone must practice safety awareness by thinking defensively, anticipating unsafe situations and reporting unsafe conditions immediately.  Please observe the following precautions:

Notify your Supervisor or a First Responder of any emergency situation.

- If you are injured or become sick at work, no matter how slightly, you must inform your Supervisor immediately.
- The use or possession of alcoholic beverages or illegal drug substances, or the misuse of legal prescription drugs during working hours will not be tolerated. (Refer to the Drug and Alcohol program.)
- Use adjust and repair machines and equipment only if you are trained and qualified.
- Get help when lifting or pushing heavy objects.  Lift from your knees and not from your back.

- 27 -        Revision Date:  March 20, 2019

                                                        DEF_000047

- You are expected to keep your work station neat, clean and organized always.
- Report anything that needs repair or replacement to your Supervisor.
- Understand your job fully and follow instructions. If you are not sure of the safe procedure, don't guess…ask your Supervisor.
- Perform safety pre-checks a required. Never alter, bi-pass or remove a safety guard or device.
- Know the locations, contents and use of first aid and fire fighting equipment and know the emergency evacuation routes/shelters. See postings by timeclocks and refer to the Emergency Action Plan on the Employee Information Board.
- Safety equipment must be worn in accordance with the job you are performing, see Personal Protective Equipment (PPE) based on workcenter. The company stocks many types of personal protective equipment. Please discuss any requests with your Supervisor
- Only use lockout locks as explained in the lockout/tagout program. See Lockout/Tagout program in the Employee Information Center.
- All employees and visitors must wear safety glasses while in the plant.
- All plant employees must wear steel toed footwear. All office employees on the shop floor for extended periods of time must also wear steel toed footwear.
- Be familiar with the company's various safety programs. A copy of all the safety programs are located in the Employee Information Center and in the Human Resource Department.

Violations may lead to disciplinary action up to and including termination.

## Workers' Compensation

We are required by state law to carry Workers' Compensation Insurance. Benefits under this plan are governed by the state. These benefits provide medical and rehabilitative assistance to employees who are injured while working for their employer. All employees are eligible upon date of employment.

The company pays the full cost of workers' compensation premium expense for coverage. As medical expenses continue to escalate, funds used for wages and benefits are otherwise redirected to pay higher and higher premiums. Safety is everyone's business. Our premiums are based on our safety experience. The safer we are, the lower these premiums. Filing a fraudulent claim or continuing to receive payments in a fraudulent manner will be investigated by state and insurance authorities.

Workers' compensation benefits are not paid for any injury which arises out of an employee's participation in any off duty recreational, social or athletic activity, which is not part of an employees work related duties.

Workers' compensation benefits may be contested or denied if the injury was not reported promptly, if the Drug and Alcohol Test results are positive, or the Drug and Alcohol Tests are not taken. The results of a test, if positive, or refusal to submit to such tests, will create the "rebuttable presumption" that the intoxication or controlled substance abuse is the proximate cause of the workplace injury.

- 28 -       Revision Date: March 20, 2019

CONFIDENTIAL

## Reporting Injuries

The prompt reporting of an injury is not only important for your welfare but for the welfare of all employees involved.  All injuries must be reported to your Supervisor immediately so that he/she may arrange for your prompt care.  We reserve the right to direct you to the facility of our choice if involved in a non-emergency work-related accident.  That facility will perform an examination and conduct Drug and Alcohol testing according to the Drug and Alcohol Program.  (See Drug and Alcohol Program section for more information.)  Ultimately, it is your choice where you receive treatment, so you may refuse treatment after the examination, and go to a Bureau of Workers Compensation (BWC) approved physician/provider of your choice. You have up to 2 hours to report an injury to HR or your Supervisor so an injury report can be documented.

Failure to report an injury promptly and to comply with the Drug and Alcohol Program may result in the workers compensation claim being denied or contested.

Injury reports and accident investigations are performed promptly following all work-related injuries.  It is important for all involved individuals and witnesses to participate in the investigation.

## Lost Time Policy

Any employee whose doctor provides documentation indicating he/she must not return to work on the day of the work-related injury will be paid his/her wages through the end of that workday.  It is not a lost time injury until the day after the injury.

## Transitional Work Program

Company participates in the Transitional Work Program offered by the Ohio Bureau of Workers Compensation.  It is a program that investigates the physical requirements of specific jobs within the company, and then communicates these physical requirements to the Physician of Record, a physical therapist, and the Human Resource Department so the employee can return to work as soon as possible and transition to his or her normal job.   We believe that through early intervention, structured rehabilitation activities, job accommodations, and a gradual transition back to work, employment throughout the recovery process is possible.  If you incur a work related injury, resulting in lost time, a member of the Human Resource Department will discuss with you the possibility of using our transitional work program.

# Drug & Alcohol Program

**I. Purpose**

Company recognizes its responsibility to assure all employees a safe and healthy work environment.  Company will comply with the Drug-Free Workplace Act of 1988 and the drug-free work force rules promulgated by the U.S. Department of Transportation 49 CFR Part 40.  The program objectives are to:

- Provide a safe and healthy workplace
- Improve quality and productivity
- Maintain the reputation of the Company and our employees

CONFIDENTIAL

- Minimize accidents, absences and tardiness
- Provide assistance for rehabilitation and counselling in accordance with this policy
- Provide mechanisms for enforcing the policy as well as penalties for violating the policy

## II. Applicability

All employees of GBM & GBF are subject to this drug and alcohol policy and to the drug and alcohol testing as provided herein. The company reserves the right to amend or change this policy at its sole discretion at any time.

## III. Employee Assistance Program

This Company through its health care program, will provide a referral service for employees so that employees may benefit from the early detection, care, and handling of problems of drug abuse or alcohol abuse. For information on the EAP program, employees should contact the Human Resource Manager. An employee may be permitted to take an unpaid leave of absence for purposes of undergoing treatment. The leave of absence must be requested prior to the commission of any act subject to disciplinary action under this policy and prior to the employees' selection for a test. Employees are responsible for seeking assistance BEFORE drug and/or alcohol problems lead to violation of this policy.

## IV. Prohibited Substances

Any illegal drug or any substance identified in Schedules I through V of the Controlled Substance Act (21 U.S.C. 812). Use of any illegal drug, misuse of legally prescribed drugs, and use of illegally obtained prescription drugs may be considered abuse.

**Legal Drugs**

The appropriate use of legally prescribed drugs and non-prescription medications is not prohibited. However, the use of any substance wherein the employee has been warned that mental functioning, motor skills, or judgment may be adversely affected must be reported to supervisory personnel and medical advice must be sought and reported by the employee, as appropriate, before performing work-related duties

**Alcohol**

The use of beverages containing alcohol or substances including medication, food etc. such that alcohol is present in the body while performing work duties is prohibited. The concentration of alcohol will be expressed in grams of alcohol per 210 liters of breath as measured by an evidential breath-testing device or by blood expressed in grams per decilitre.

## V. Prohibited behaviors and consequences for violating this policy:

- 30 -          Revision Date: March 20, 2019

            DEF_000050

The following actions are strictly prohibited, and violation will be cause for disciplinary action up to and including discharge:

1. Use, possession, manufacture, distribution, dispensation, or sale of illegal drugs on Company premises or during Company business hours.
2. Being under the influence of an illegal drug on company premises or during working hours.
3. Testing positive for alcohol, illegal drugs or controlled substances without a legal basis for use.
4. Switching or adulterating any urine sample submitted for testing, or submitting a false sample for testing.
5. Use of alcohol or being under the influence of alcohol in Company-supplied vehicles, whether during working hours or non-working hours.
6. Refusing to consent to testing or refusing to submit a urine, blood or breath sample when requested pursuant to Company policy.
7. Failing, when requested by the Company, to enroll in an alcohol or other drug treatment or counseling program or failing to adhere to the requirements of the program.

## VI. Testing

To demonstrate its commitment to a drug-free workplace and to ensure an effective policy, the Company will provide for pre-employment, random, reasonable cause, post-accident, return to duty and follow-up testing. All testing procedures will be conducted in a manner to provide basic employee protection and privacy. Other testing may also be done where required by government law or regulation or contractor where applicable to specific employees. Any employee who tests positive must seek rehabilitation/treatment within five days of notification by the Medical Review Officer. Rehabilitation/treatment will be provided by the employee's insurance or if no insurance, by the employee. No employee may return to work without proof of program participation and completion. Employees will be allowed one rehabilitation/treatment during the course of employment.

1. **Pre-employment** controlled substance testing will be conducted. Applicants whose tests indicate drug use or abuse will not be hired.

2. **Reasonable cause** drug and/or alcohol testing will also be conducted on all employees when there is a reasonable belief that the actions, appearances, and/or conduct of an employee may be indicative of drug and/or alcohol use. Reasonable cause testing will be done at the Company expense. Employees will be off work without pay and not be allowed to return to work until the results of the reasonable cause test are available. If the test results prove to be negative, the employee will return to work with compensation for lost wages. "Reasonable cause" includes, but is not limited to: Observation of behavior such as slurred speech, unsteady walking, abrupt mood swings, breath (alcohol), or odor; observation of physical manifestations frequently associated with some forms of substance abuse, e.g., needle marks, sudden nosebleeds, frequent illness not explained by other medical conditions, accidents; injuries; absenteeism; declining productivity; misconduct; excessive tardiness; and suspicious activity indicating possible involvement with prohibited substances or alcohol in violation of this policy.

- 31 -    Revision Date: March 20, 2019

DEF_000051

3. **Random** tests for drugs and alcohol may be performed.   Drivers will be segregated in a separate random selection pool as per Department of Transportation regulations.   Random tests will be done at the Company expense.

4. **Post-accident** drug and alcohol tests may be conducted on all employees that have a work-related accident or injury that is suspicious in nature, or when the company feels medical treatment is necessary.  All responsible parties will be tested.  Drivers will also be tested as per Department of Transportation regulations.  Post accident testing will be conducted at the Company expense.

5. **Return to duty tests** may be conducted on all employees following a positive test who are permitted to return to work.  Return to duty drug and/or alcohol tests will be at the employee's expense.  Drivers are also subject to Department of Transportation rules following any positive test.  Nothing in this section shall be construed to imply that an employee may not be disciplined, up to and including discharge for receiving a positive test.

6. After a positive test, and a negative return to work test, a minimum of six **follow-up tests** may be conducted during the following 12 months.  Follow-up drug and/or alcohol tests will be conducted at the employees' expense, and these tests will be random.   A positive follow-up test will be grounds for termination.


## IX. Condition of Employment

Compliance with the Company's Drug and Alcohol Policy is a condition of employment. Failure or refusal of an employee to fully cooperate or submit to any inspection or drug test as provided will be grounds for termination.

Questions regarding this policy should be directed to the Human Resource Manager.


# RESIGNATIONS & TERMINATIONS

Company and its employees share a working relationship defined as employment-at-will.  Simply stated, employment-at-will means that you are free to resign at any time, and Company reserves the right to terminate your employment for any reason (which does not violate any applicable law) with or without prior notice.

## Procedures for Written Notice

If you determine that you are going to discontinue your employment with us, we ask that you give us as much notice as possible in writing, at least 2 (two) weeks.  If you choose to discontinue employment with us, there are certain aspects of your employment that should be discussed during an exit interview.

CONFIDENTIAL

DEF_000052

## Layoff/Recall Policy

To be competitive, Company must be prepared to respond to changes in market conditions.  Such conditions may affect our business activity differently in different areas.  Work stations will be staffed based on equipment used and specialized skills involved.  All employment issues, including but not limited to, skills, attendance, productivity and efficiency, cooperation, and longevity will be considered in the decision-making process of who to lay off and/or recall.

## Exit Interviews

It is our policy to conduct an exit interview with each employee leaving the company to:

- provide the employee with all COBRA information to continue his/her benefits
- finalize your compensation
- obtain all company property
- arrange for repayment due the company
- obtain reason for leaving
- promote goodwill

Exit interviews will be scheduled with someone in Management.

Revision Date:  March 20, 2019

CONFIDENTIAL                                                    DEF_000053

# <u>NOTES</u>

Revision Date:  March 20, 2019

CONFIDENTIAL                                                                                       DEF_000054

## ACKNOWLEDGMENT OF RECEIPT

**Any reference in this handbook applies to all GB facilities and employees, including wholly owned subsidiaries of R&P Industries.**

I acknowledge that I have received a copy of the GB Manufacturing Employee Handbook and understand that it is my responsibility to read the handbook in its entirety. I agree to abide by the policies and procedures contained therein. I understand that the policies and benefits contained in this employee handbook may be added to, deleted or changed by the company at any time. I understand that neither this manual nor any other written or verbal communication by a management representative is intended to in any way create a contract of employment, and that this handbook is for informational purposes only. I also understand that the company abides by employment-at-will, which permits the company or the employee to terminate the employment relationship at any time, for any reason with or without notice. The company will not modify their policy of employment-at-will in any case.

If I have questions regarding the content or interpretation of this handbook, I will bring them to the attention of my supervisor or the Human Resource Department.

_____

Printed Name

_____          _____

Employee's Signature                                    Date

_____          _____

HR Acknowledgement                                    Date

- 35 -          Revision Date:  March 20, 2019

CONFIDENTIAL                                    DEF_000055